IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>             Plaintiff,<br><br>      v.<br><br>SKSP, INC. dba ROCKLIN CHEVRON #201164,<br><br>             Defendant.<br>_____ | 2:12-cv-02252-GEB-DAD<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

      Plaintiff filed a "Notice of Settlement" on August 16, 2013, in which he states: "the aforementioned matter . . . has been resolved. The parties anticipate filing a Stipulation for Dismissal within eight weeks." (Notice of Settlement 1:20-22, ECF No. 13.)

      Therefore, a dispositional document shall be filed no later than October 11, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

///
///
///
///

1

1   Further, in light of the referenced settlement, the pending
2 motion to strike affirmative defenses (ECF No. 8) is deemed withdrawn.
3   IT IS SO ORDERED.
4 Dated:  August 16, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge